*999 502 U. S. 1028;
502 U. S. 1099;
502 U. S. 1101;
ante, p. 920;
502 U. S. 1101;
502 U. S. 1101;
502 U. S. 1101;
502 U. S. 1103;
502 U. S. 1104;
502 U. S. 1104;
502 U. S. 1079;
502 U. S. 1104;
502 U. S. 1104;
502 U. S. 1105;
502 U. S. 1107;
502 U. S. 1108;
502 U. S. 1108;
502 U. S. 1111;
502 U. S. 1111;
ante, p. 918;
502 U. S. 1112;
502 U. S. 1115;
502 U. S. 1116;
ante, p. 909;
502 U. S. 1117;
ante, p. 910;
502 U. S. 1118;
ante, p. 921;
502 U. S. 1118;
502 U. S. 1118;
*1000 No. 91-7023.
No. 91-7024.
502 U. S. 1118; and
ante, p. 911. Petitions for rehearing denied.